IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Eagles, Ltd., <br><br> Plaintiff(s), <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendant(s). | Case No. 21 C 3858 <br> Judge Gary Feinerman |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

        which  ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐   in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒   other: Judgment is entered in favor of Plaintiff Eagles, Ltd., and against Defendants KDH9 Store, et al., in the amount of $200,000.00 per Defendant. Injunctive relief issues as well.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.


Date:   10/13/2021                     Thomas G. Bruton, Clerk of Court

                                                             /s/ Jackie Deanes , Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EAGLES, LTD.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KDH9 STORE, et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-03858<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Eagles, Ltd. ("Eagles" or "Plaintiff") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the Seller Aliases (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of the Eagles federally registered trademarks (the "EAGLES Trademarks") to residents of Illinois. A list of the EAGLES Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 1,944,201 | EAGLES | For: Entertainment services provided by a musical group in the form of live performances in class 041. |
| 1,960,044 | EAGLES | For: Series of musical sound recordings in class 009. |
| 1,995,216 | EAGLES | For: Posters, songbooks, and concert tour books in class 016. |
| 2,161,179 | EAGLES | For: Clothing, namely, t-shirts, shorts, hats, visors, jerseys, sweatshirts, tank tops, jackets and caps relating to the music group "The Eagles" in class 025. |
| 5,472,692 | HOTEL CALIFORNIA | For: Key chains in class 014.<br><br>For: Guitar picks in class 015.<br><br>For: Posters in class 016. |

2

|  |  | For: T-shirts; sweatshirts; and bathrobes in class 025. For: Playing cards in class 028. |
|---|---|---|
| 5,884,547 | HOTEL CALIFORNIA | For: Series of sound recordings featuring musical performances; digital media, namely, a series of downloadable sound recordings featuring musical performances in class 009. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the EAGLES Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Eagles product or not authorized by the Eagles to be sold in connection with the EAGLES Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Eagles product or any other product produced by Plaintiff, that is not Plaintiff's or not

       produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the EAGLES Trademarks;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of the Eagles, or are sponsored by, approved by, or otherwise connected with the Eagles;

  d. further infringing the EAGLES Trademarks and damaging the Eagles goodwill; and

  e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for the Eagles, nor authorized by the Eagles to be sold or offered for sale, and which bear any of the Eagles trademarks, including the EAGLES Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd., ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the EAGLES Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for

willful use of counterfeit versions of the EAGLES Trademarks on products sold through at least the Defaulting Defendants' Online Marketplaces. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

4. The Eagles may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to the Eagles as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party

     Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Susan Genco, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to the Eagles as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Susan Genco any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by the Eagles is hereby released to the Eagles or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to

return the surety bond previously deposited with the Clerk of the Court to the Eagles or its counsel.

This is a Final Judgment.

DATED: October 13, 2021

_____
Gary Feinerman
United States District Judge

Eagles, Ltd. v. KDH9 STORE, et al. - Case No. 21-cv-03858

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | KDH9 Store | 2 | WANYU FUNNY SHIRT Store |
| 3 | You love-mi | 4 | XUAN HOA PHAM |
| 5 | Corrivi | 6 | Good luck daily necessities store |
| 7 | Oh No | 8 | BESTYOSON |
| 9 | ZhengZhouShiShanLiuJiuKeJiYouXianGongSi | 10 | xuchangtinglianmaoyi |
| 11 | zsersthn | 12 | A1RNTPUYX6SLVE |
| 13 | chuangyundianzikeji | 14 | yangguxianshouzhangzhenweipingriyongbaihuodian |
| 15 | DISMISSED | 16 | jinyuanoilpainting |
| 17 | Stroon | 18 | guangzhouwuwowangluuxiangongsi |
| 19 | coolming1986 | 20 | LiaoHongWei-QiDongHongYiBaiHuoDianShangHang |
| 21 | Zi Hang Ban Gong Jia Ju | 22 | DFHDADC |
| 23 | CHENKUANG | 24 | lichai2020 |
| 25 | XianLiAMZ | 26 | anyangxingyejichuangyouxiangongsi |
| 27 | Xiaomanyouhuadian | 28 | ChengDuKaLaYaZiShangaoYouXianGongSi |
| 29 | Nine9Season | 30 | JACKJOM |
| 31 | aonuojianzhucailiao | 32 | dsffghgygf |
| 33 | Yierge | 34 | Riao-Tech |
| 35 | lichengquyikongbaihuodian | 36 | ypz poster |
| 37 | MEILILINN | 38 | focusine |
| 39 | Zheng Shanghang | 40 | AvivahcS |
| 41 | yulonghuayi | 42 | sandianzhoumaoyi |
| 43 | DISMISSED | 44 | ZHOUSHENGLONG |
| 45 | zhangyan posters | 46 | fuzhoushidongxiangquzhipengxibingwu |
| 47 | Shank Kenl | 48 | hangeshangmaodian |
| 49 | Worry Free Grocery Store | 50 | yupeistoreAa |
| 51 | asdsafdacsfcasdas | 52 | TaiYuanShiXiaoDianQuZhiQiangShiPinJingXiaoBu |
| 53 | yuezhengai | 54 | quechanglongus |
| 55 | Zhongnuo Department Store | 56 | Wllstore |
| 57 | Color4L | 58 | sanhuanchenguanxi |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 59 | WuYiHaoHanJianZhuGongChengouXianGongSi | 60 | linanxiuen |
| 61 | xintaishiyangchaoriyongbaihuodian | 62 | Art Shaohui |
| 63 | ZYH21225 | 64 | pingdingshanlanjingwangluokejiyouxiangongsi |
| 65 | Leo Katha | 66 | tjqdafa |
| 67 | fengyunmaoyishanghang | 68 | XianYouXianBangTouZhenTingFanHuaZhuangPinShangHang |
| 69 | guangzhoushinanshaqulubishangmaoyouxianzerengongsi | 70 | DoUITGUI |
| 71 | HuoNingYu-TongChuanShiYaoZhouQuNingYuBaiHuoDian | 72 | Adv Pro Advertising Shop |
| 73 | YIJIN43 | 74 | zhaochangfei |
| 75 | ABBOZAO | 76 | Eduardo Meigs |
| 77 | liyan66058 | 78 | alscowls6518 |
| 79 | Brooke Hammons | 80 | rosyjohnston0 |
| 81 | jewu247 | 82 | tndud1184 |
| 83 | Carole L. Gambol | 84 | Fjxjkznkzjbxjnxjzkbxhzjxhx |
| 85 | vfggh | 86 | ioklu |
| 87 | xiaoxie147 | 88 | zhaotianqin85635 |
| 89 | zhanglin770880 | 90 | zhengyaowei |
| 91 | zhusiying66666 | 92 | albert montano |
| 93 | gthgty | 94 | nuyjhg |
| 95 | Zhujiajin336199 | 96 | XiaoDong9 |
| 97 | mengxueke147 | 98 | zhangshilei05688 |
| 99 | qiminghzao582231 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/911039151 | 2 | aliexpress.com/store/912029252 |
| 3 | amazon.com/sp?seller=A10GG6E3JKKAPL | 4 | amazon.com/sp?seller=A12T43VJETKOKS |
| 5 | amazon.com/sp?seller=A13MZ4JL7QBT2V | 6 | amazon.com/sp?seller=A157LHWEWBVGBU |
| 7 | amazon.com/sp?seller=A165ALZZM4V474 | 8 | amazon.com/sp?seller=A1AEINB8VP3TB3 |
| 9 | amazon.com/sp?seller=A1DGZCGQT672G1 | 10 | amazon.com/sp?seller=A1IOBODZ40LIQQ |
| 11 | amazon.com/sp?seller=A1NSK15X0FLAEQ | 12 | amazon.com/sp?seller=A1RNTPUYX6SLVE |
| 13 | amazon.com/sp?seller=A1WCPTPEGNZY8V | 14 | amazon.com/sp?seller=A1WU9JXR05HEVT |
| 15 | DISMISSED | 16 | amazon.com/sp?seller=A2022SRU3JOQ2F |
| 17 | amazon.com/sp?seller=A20310RVAOE1GG | 18 | amazon.com/sp?seller=A2047BBXRRQOFR |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 19 | amazon.com/sp?seller=A21I73F1VZHNM2 | 20 | amazon.com/sp?seller=A25MEBPM3CGD62 |
| 21 | amazon.com/sp?seller=A26KR3X3UM50Z | 22 | amazon.com/sp?seller=A2BU2EJ4NSZ6Q4 |
| 23 | amazon.com/sp?seller=A2DTS6XD2JGOZ2 | 24 | amazon.com/sp?seller=A2FDEVW0E5MT9M |
| 25 | amazon.com/sp?seller=A2HDUKD3HEN71 | 26 | amazon.com/sp?seller=A2J5Z0DT8834SI |
| 27 | amazon.com/sp?seller=A2KTV1F4LXAQ5N | 28 | amazon.com/sp?seller=A2LFNRQKO8MU9E |
| 29 | amazon.com/sp?seller=A2LVE3CJL2C809 | 30 | amazon.com/sp?seller=A2NCPOPZNX502O |
| 31 | amazon.com/sp?seller=A2PJV9NJTIBCNV | 32 | amazon.com/sp?seller=A2WODMZ6EIIZNU |
| 33 | amazon.com/sp?seller=A2ZWJXL97M8I4K | 34 | amazon.com/sp?seller=A30R56NDKWBUC5 |
| 35 | amazon.com/sp?seller=A31GBFYACCCA2J | 36 | amazon.com/sp?seller=A33NMOW5UBIIF4 |
| 37 | amazon.com/sp?seller=A35HF9O6S1HRWG | 38 | amazon.com/sp?seller=A35RS3HMUP51NY |
| 39 | amazon.com/sp?seller=A39SQJ0UZ4OBG5 | 40 | amazon.com/sp?seller=A3ANLGODS8J0EN |
| 41 | amazon.com/sp?seller=A3B8HDPT6LQ696 | 42 | amazon.com/sp?seller=A3BZ7KXYQXPRNC |
| 43 | DISMISSED | 44 | amazon.com/sp?seller=A3EI3VHUM6FEGH |
| 45 | amazon.com/sp?seller=A3IQMVPRQ53BIJ | 46 | amazon.com/sp?seller=A3JB9CUPWD125Y |
| 47 | amazon.com/sp?seller=A3JWHMZ5YVII21 | 48 | amazon.com/sp?seller=A3MDOXGO0TZ26G |
| 49 | amazon.com/sp?seller=A3QUFNAVQIU3ND | 50 | amazon.com/sp?seller=A3RHLBT9SX0V7D |
| 51 | amazon.com/sp?seller=A3VM67TYOKFW8W | 52 | amazon.com/sp?seller=A43YCZL7LQLE0 |
| 53 | amazon.com/sp?seller=A569PCQIOJSVT | 54 | amazon.com/sp?seller=A5RU6UE98PTAS |
| 55 | amazon.com/sp?seller=A6JZO7HXQ7Q9V | 56 | amazon.com/sp?seller=A8WWJ61Q1KH0 |
| 57 | amazon.com/sp?seller=AAMAVZM83AH5R | 58 | amazon.com/sp?seller=ADJ52X9B2UA6R |
| 59 | amazon.com/sp?seller=AFLP7FWHIK3Y2 | 60 | amazon.com/sp?seller=AGNSAL0Q4ST3N |
| 61 | amazon.com/sp?seller=AGQVQ50JOVXCZ | 62 | amazon.com/sp?seller=AHFL7GOAU103Q |
| 63 | amazon.com/sp?seller=AJAVUNMRW4J7G | 64 | amazon.com/sp?seller=AJFM07YZKGHWB |
| 65 | amazon.com/sp?seller=AKICN8411V2RD | 66 | amazon.com/sp?seller=AO67ADAQEINDR |
| 67 | amazon.com/sp?seller=AQ374OU98G2SU | 68 | amazon.com/sp?seller=AR7OD7O4TGXX6 |
| 69 | amazon.com/sp?seller=AU17A659M85QL | 70 | amazon.com/sp?seller=AYCGTFFEUWZEM |
| 71 | amazon.com/sp?seller=AYDRG71VZRIZ5 | 72 | wish.com/merchant/53d4c0d7d9113952b8498f21 |
| 73 | wish.com/merchant/5d67ac0471196458c0cf77ee | 74 | wish.com/merchant/5e50fc5bd1610f84a43365eb |
| 75 | wish.com/merchant/5e692c3ac6a6e6e06cbe76ad | 76 | wish.com/merchant/5e71ed32f87cb98042ec1357 |
| 77 | wish.com/merchant/5e736d77d1de5aa9c79e9de3 | 78 | wish.com/merchant/5e86fe91cdbbb8e9e255056e |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 79 | wish.com/merchant/5e881583355fe553f37cda7a | 80 | wish.com/merchant/5e8da30129e7866980e52e6c |
| 81 | wish.com/merchant/5e8eb16524067d5325df459c | 82 | wish.com/merchant/5e9709b3cb00310e010acc44 |
| 83 | wish.com/merchant/5e9be05eda2ff25a5242b9a8 | 84 | wish.com/merchant/5eaeb785917f40433170cef8 |
| 85 | wish.com/merchant/5efaedc3fdfef32c74d025c7 | 86 | wish.com/merchant/5efb13193becc28926249428 |
| 87 | wish.com/merchant/5f0d93b24871edc2484f942d | 88 | wish.com/merchant/5f2f6fe5cc437b50160449d1 |
| 89 | wish.com/merchant/5f34e24f7439c40050c3eed6 | 90 | wish.com/merchant/5f3a4c090f4e1e809b720680 |
| 91 | wish.com/merchant/5f3b3d511123bdb7768a13a4 | 92 | wish.com/merchant/5f4526ef5f76adf2656547ed |
| 93 | wish.com/merchant/5f4c73aab74835393c592428 | 94 | wish.com/merchant/5f4c84c173a06091e2dfd7e0 |
| 95 | wish.com/merchant/5f51d0f503c06e6cd42e1bac | 96 | wish.com/merchant/5f6474fcd9e21ed5e4f369e2 |
| 97 | wish.com/merchant/5fa267960b9bd59edcce1f83 | 98 | wish.com/merchant/60557d51beca4f06bc6501da |
| 99 | wish.com/merchant/6055ba67a204dd2746c2460c | | |